UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACLE TAYLOR AND JEANNE TAYLOR, <br><br> Plaintiffs, <br><br> vs. <br><br> JAYCO, INC., a corporation; MANTECA TRAILER & CAMPER, INC., a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:08-CV-01866-MCE-KJM <br><br> ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

PURSUANT TO THE STIPULATION OF COUNSEL, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT THE ENTIRE CASE IS DISMISSED, WITH PREJUDICE, PURSUANT TO THE SETTLEMENT REACHED AMONGST THE PARTIES.

IT IS SO ORDERED.

Dated: October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE